In the Matter of the Accounting of LOUIS KATZ et al., as Executors of SARAH GOLDOWITZ, Deceased, Respondents. WORKMEN'S MUTUAL FIRE INSURANCE SOCIETY, Appellant.

Submitted May 23, 1940; decided June 11, 1940.

*Seymour J. Wilner* for appellant.

*Joseph M. Lonergan* for respondents.

Appeal dismissed, with costs, on the ground that the order appealed from is not final. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.